FILED

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

UNITED STATES OF AMERICA

v.   CASE NO. 8:20-cr-53-WFJ-AAS

FRANK EILAND   18 U.S.C. § 922(g)(1)
   21 U.S.C. § 841(a)(1)

## SUPERSEDING INDICTMENT

The Grand Jury charges:

## COUNT ONE

On or about August 28, 2019, in the Middle District of Florida, the defendant,

## FRANK EILAND,

knowing that he had been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. **Trafficking in Illegal Drugs**, on or about February 20, 2012;

2. **Possession of Cannabis**, on or about May 4, 2009;

3. **Possession of Cocaine with Intent to Sell or Deliver**, on or about August 8, 2005;

4. **Possession of Cocaine with Intent to Sell or Deliver**, on or about November 25, 2003; and

5. **Attempted Burglary of a Conveyance**, on or about November 12, 1993;

did knowingly possess, in and affecting interstate commerce, ammunition, to wit: a Davis Industries, model P380, .380 caliber semiautomatic pistol; a Taurus

International, model PT738 TCP, .380 caliber semiautomatic pistol; and ~~26 rounds of .380 caliber ammunition.~~

All in violation of 18 U.S.C. §§ 922(g)(1) and 924(e).

## COUNT TWO

On or about August 28, 2019, in the Middle District of Florida, the defendant,

FRANK EILAND,

did knowingly and intentionally possess with intent to distribute a controlled substance. The violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance; a mixture and substance containing a detectable amount of cocaine base (a.k.a. "crack cocaine"), a Schedule II controlled substance; a mixture and substance containing a detectable amount of eutylone, a Schedule I controlled substance; and a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 841(b)(1)(D).

## COUNT THREE

On or about September 4, 2019, in the Middle District of Florida, the defendant,

FRANK EILAND,

knowing that he had been previously convicted in any court of a crime punishable by imprisonment for a term exceeding one year, including:

1. **Trafficking in Illegal Drugs**, on or about February 20, 2012;

2. **Possession of Cannabis**, on or about May 4, 2009;

3. **Possession of Cocaine with Intent to Sell or Deliver**, on or about August 8, 2005;

4. **Possession of Cocaine with Intent to Sell or Deliver**, on or about November 25, 2003; and

5. **Attempted Burglary of a Conveyance**, on or about November 12, 1993;

did knowingly possess, in and affecting interstate commerce, ammunition, to wit: twelve rounds of nine-millimeter ammunition.

All in violation of 18 U.S.C. §§ 922(g)(1) and 924(e).

## COUNT FOUR

On or about September 4, 2019, in the Middle District of Florida, the defendant,

## FRANK EILAND,

did knowingly and intentionally possess with intent to distribute a controlled substance. The violation involved a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance; a mixture and substance containing a detectable amount of cocaine base (a.k.a. "crack cocaine"), a Schedule II controlled substance; a mixture and substance containing a detectable amount of eutylone, a Schedule I controlled substance; a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance; and a mixture and substance containing a detectable amount of marijuana, a Schedule I controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 841(b)(1)(D).

## FORFEITURE

1.  The allegations contained in Counts One through Four are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853, 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c).

2.  Upon conviction of the violation of 18 U.S.C. § 922(g) charged in Counts One and Three, defendant, FRANK EILAND, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the violation.

3.  Upon conviction of a violation of 21 U.S.C. § 841(a)(1), as alleged in Counts Two and Four, the defendant, FRANK EILAND, shall forfeit to the United States, pursuant to 21 U.S.C. § 853, all of his right, title and interest in:

    a.  any property constituting, or derived from, any proceeds defendants obtained, directly or indirectly, as a result of such violation; and

    b.  any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

4.  The property to be forfeited by a conviction of any of the counts charged in this Superseding Indictment includes, but is not limited to, a Davis Industries, model P380, .380 caliber semiautomatic pistol; a Taurus International, model PT738 TCP, .380 caliber semiautomatic pistol; ~~26 rounds of~~ [RK mc] .380 caliber ammunition; twelve rounds of nine-millimeter ammunition; and $15,279.

4

5. If any of the property described above, as a result of any act or omission of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property that cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property under the provisions of 21 U.S.C. § 853(p), directly and as incorporated by 28 U.S.C. § 2461(c).

A TRUE BILL,

_____
Foreperson

KARIN HOPPMANN
Acting United States Attorney

By: _____ (For:)
Michael M. Gordon
Assistant United States Attorney

By: _____ (For:)
Christopher F. Murray
Assistant United States Attorney
Chief, Violent Crimes and Narcotics Section

FORM OBD-34
July 21

No. 8:20-cr-53-WFJ-AAS

UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

FRANK EILAND

SUPERSEDING INDICTMENT

Violations:  18 U.S.C. § 922(g)(1)
21 U.S.C. § 841(a)(1)

A true bill,

_____
Foreperson

Filed in open court this 13th day

of July, 2021.

_____
Clerk

Bail $_____

GPO 863 525